# GARY TSIRELMAN, P.C.

ATTORNEYS AND COUNSELORS AT LAW

Writer's email: nbowers@gtmdjd.com
Writer Admitted in: New York; U.S. District Court, Eastern and Southern Districts of New York

129 LIVINGSTON STREET, SECOND FLOOR
BROOKLYN, NY 11201
718.438-1200

Honorable Judge Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Wednesday, July 30, 2014

**Re:   Government Employees Insurance Company v. Sky Medical Supply, et al., Case # 1:12-cv-05840-WFK-JMA, Joint Status Report**

Dear Honorable Judge Azrack,

We write on behalf of Defendants Sky Medical Supply, Inc. (hereinafter "Sky"), and Edi Kalontarov, in the above-referenced action to request that the settlement conference currently scheduled for Thursday, August 7, 2014, be adjourned for one week to Thursday, August 14, 2014, or any date thereafter convenient for the Court.

We request this adjournment due to a scheduling conflict with an in-person preliminary conference the afternoon of August 7, 2014, in the related matter *Sky Medical Supply v. SCS Support Claims Services, et al.*, 2:12-cv-06383 at the Eastern District Courthouse in Central Islip before Judge Kathleen A. Tomlinson.

Defendants are not aware of any other deadlines that would be affected by the adjournment.

Plaintiff's counsel consents to the proposed adjournment.

The parties have made no previous requests to adjourn this settlement conference.

Thank you for your consideration of this letter.

cc: All counsel via ECF

Respectfully,

___/s/_____
Nicholas Bowers, Esq.
Gary Tsirelman P.C.

Dated: July 30, 2014

-page 1-

*Counsel for Defendants Named Herein*
129 Livingston, 2nd Floor
Brooklyn NY 11201