UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, et al.

                                          Docket No.: 1:13-cv-06840
                                                    (WFK)(JMA)

                    Plaintiffs,

-against-

SKY MEDICAL SUPPLIES, INC., et al.

                    Defendants.
------------------------------------X

## STIPULATION DISMISSING ACTION WITH PREJUDICE AGAINST EDI KALONTAROV AND SKY MEDICAL SUPPLIES, INC.

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively referred to as "GEICO" or "Plaintiff") and counsel for Defendants, Edi Kalontarov and Sky Medical Supplies, Inc. (collectively, the "Sky Medical Defendants"), that Plaintiffs' claims against the Sky Medical Defendants in this action are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiff and the Sky Medical Defendants shall each bear their own costs and counsel fees in connection with the prosecution and/or defense of this action.

Dated: November 13, 2014

RIVKIN RADLER LLP

By: _____
    Barry I. Levy, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926

*Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company*

LAW OFFICE OF GARY TSIRELMAN

By: _____
    Gary Tsirelman, Esq.
129 Livingston Street, 2nd Floor
Brooklyn, New York 11201

*Counsel for Defendants, Edi Kalontarov and Sky Medical Supplies, Inc.*

S O O R D E R E D:

    s/WFK
_____
U.S.D.J.

_____ Nov. 14 _____, 2014